FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KV DEPUTY

RECEIVED
CATHY A CATTERSON, CLERK
U.S COURT OF APPEALS
FEB 29 2008
FILED
DOCKETED _____ DATE _____ INITIAL

2254 ____ 1983 ✓
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ____ No ✓
COPIES SENT TO
Court ✓ ProSe ____

United States District Courts
of Southern District Federal Courts
880 Front Street Ste 4290

4  San Diego Ca. 92101-8900.         '08 CV 0555 LAB RBB
5              Aimees Law & Means law
6  James Lynn Hines.                 Motion & complaint
7       v.                           Fed. USCA. &
8  Capt. Dan Hagen CCPOA union c/o P.O.A. union * F.R.C.P. 5 (a)
9  Jaffe Inc. Wilshire Blvd. Los Angeles Ca.
10 Tim "Murphy" Dougherty.        *   42 USC § 1983
11 Lt. Moenroe. CCPOA union (POA). *  Tort § 862
12 Darlene "Eva" Gonzaga aka "Beaver", Denton (eg) c/o
13 Suzie A. Henderson - Gnsron. c/o *  Medical Malpractice
14 Mawrn Cook c/o                *   personal Injury.
15 I/m Izagiee at Calif CDC dept of Corr. *
16 Officers c/o Randy Wood        *   Calif Med. Assoc. ec
17 c/o Roxanne Valentine              State to State.
18 Candy Smith at CDC door union c/o * Public H.&S. codes.
19 Amber Collier - Smith    "    "   c/o * A.R.S. # 36-339 (c)(3)
20 Mrs. Henderson - Wagner - Stewart c/o.
21 Ricky Gaston c/o. aka J.J. Walker. *
22 Sgt. Sietert c/o     *
23 Vera Atkinson c/o    *
24 Larry and Pamela Hissong c/o A.V.T.S. ##.
25 c/o Martinez SSU squad: as:  *
26 Ortiz, Ruiz, Alvarez, Elzy, Pierson and,
27 Hernandez, Longoria, Gullager, Galvan,
28 Deacon Henderson - aka Green - Smith (eg). *
29 R.N. Irene Zimmerman (aka)-(I) Mcdonald.

1. As an legal Interpleader F.R.C.P. 22# Parent of
2. juvenile child advertised on television media by
3. local law enforcement agencies and health care agencies
4. as "Sadie" Oct to Nov 2005 Phoenix County Hospitals
5.     (Grandaughter of Linda Sue Pierson Hines a full
6. blood Seminole Indian deceased 1-3-90 approx.
7. Medical Malpractice. aka "Sudie" Living Will circumstances
8. of B'nai B'rith St. Louis Mo.) West Side Pentecostal Temple.)
9.         Forthwith it is within the statutes applicable
10. to be cognizable on behalf of Federal appellant as
11. incarcerated litigant disabled by dispositive prisoners
12. petition F.R.C.P. 72(6) seeking prohibition of
13. Harassment Orders in a Federal capacity Fed Rule
14. Civil Proc. 26(c). to be recognized as the natural
15. biological presumed and putative father of missing
16. child. State to State Corcoran SHU IV A yard 6-99;
17. 10-99 and up to date, past 10 to 12-2005.#
18.         XIVth Amend. of U.S. Const. would allow a
19. Federal custody placement with Aimee or Megans Laws
20. as a Native American Indian 42 ajs of 3 Indians
21. mixed Blood. Detained in an adverse situation as a
22. material witness by video and on location in North Park
23. of Defendants Computer Baby Sitting Services and Cleaning
24. Services St. Louis Mo to Brentwood Ln to San Diego Ca
25. Plaintiff pending appeal 207 cv 255 Phx Jar men
26. Phoenix Dist. Courts exigent need for appt. of counsel
27. due to money damages is sought over $75,000.00 for
28. injuries 28 USC 1332(a), to obtain witnesses and
29. Counsel in defense of a Third (3) Party as an alibi

1  Incidents as Outrageous out incl In custody even
2  during a family visit at Corcoran cault warrant a
3  Investigatory cause to be expidited on behalf of
4  juvenile child (now approx 18). Defendants No's
5  18th and 19th illegal custodians. Grandmother and Aunt.
6  pg. (I). San Diego Ca. Flagstaff Az. St Louis Mo. and
7  Phoenix POA cepon personnel. Yes. w/ priors.
8  42 usc 1983 § 3798 #

9       Examples of abuse as: Swimsuit of Kenneth
10 Cole Fashions (1st cousin to plaintiff's Seminole mother)
11 Is an issue w/ defendants No's 8 and 10. esp.
12 42 usc/1983  2050 #

13      Exploitation of a minor Defendants No's 8 to
14 29.# Abusive exposure to liabilities as supervisors
15 and familial relatives. cepon POA c/o personnel.
16 servois and injurously to enable delinquency.
17 42 usc 1983 § 1457, 1752, 1458, 1459
18 1460 and 1229. Generally. Custody Investigators
19 Registration of Abusers. Reporting Required. Statutory
20 Violation (s).

21      Plaintiff is incarcerated for Aggravated Assault
22 and moves now to claim justification as a civil
23 m.d.o. calif parolee at San Diego County from
24 Atascadero State Hospital Absconded in pursuit of
25 justice w/ ee from Calif State Legislature spokes-
26 person Christine Kehoe. Pending Appeal. End.
27      rev. 2-13-2008.    James Lynn O'Olena
28      11/28/07           JL Olena
29                         (3)

| | | |
|---|---|---|
| § | | |
| 1 | United States District Courts | |
| 2 | of Southern District Federal Courts | |
| 3 | 880 Front Street Ste 4290 | |
| 4 | San Diego Ca. 92101-8900. | |
| 5 | Aimees Law § Meenas law | |
| 6 | James Lynn Hines. | Motion § complaint |
| 7 | v. | Fed. USCA. § J. |
| 8 | Capt. Dan Hagen CCPOA union c/o. P.O.A union * | F.R.C.P. 5 (a). |
| 9 | Jaffe Inc. Wilshire Blvd. Los Angeles Ca. | |
| 10 | Tim "Murphy" Dougherty. * | 42 USC § 1983 |
| 11 | Lt. Meenroe. CCPOA union (POA) * | Tort § 862 |
| 12 | Darlene "Eva" Onlnza aka "Beaver", Denton (eg) c/o | |
| 13 | Suzie & Henderson - Osborn. c/o * | Medical Malpractice |
| 14 | Mavrn Cook c/o * | personal Injury. |
| 15 | I/m Izariee at Calif CDC dept of Corr. * | |
| 16 | Officers c/o Randy Wood * | Calif Med. Assoc. ec. |
| 17 | c/o Roxanne Valentine | State to State. |
| 18 | Cindy Smith at CDC DOC union c/o * | Public H §'s. codes. |
| 19 | Amber Collier - Smith " " c/o * | A.R.S.# 36-339(c)(3) |
| 20 | Mrs. Henderson - Wagner - Stuart c/o | |
| 21 | Ricky Onston c/o. aka J.J. Walker. * | |
| 22 | Sgt. Sieters c/o * | |
| 23 | Vern Atkinson c/o * | |
| 24 | Larry and Pamela Hissong c/o A.V.T.S. ## | |
| 25 | c/o Martinez SSU Squad : RS: * | |
| 26 | Ortiz, Ruiz, Alvarez, Elzy, Pierson and | |
| 27 | Hernandez, Longoria, Gallager, Galarza. | |
| 28 | Deacon Henderson - aka Green - Smith (eg). * | |
| 29 | R.N. Irene Zimmerman aka-(I) Mcdonald. | |

§

1. As an legal Interpleader F.R.C.P. 22# Parent of
2. juvenile child advertised on television media by
3. local law enforcement agencies and health care agencies
4. no "Sadie" Oct to Nov 2005 Phoenix County Hospitals
5.    (Granddaughter of Linda Sue Pierson Hines a full
6. blood Seminole Indian deceased 1-3-90 approx.
7. Medical Malpractice - aka "Sadie" Living will circumstances
8. of B'nai B'rith St. Louis Mo.) West Side Pentecostal Temple.)
9.    Forthwith it is within the statutes applicable
10. to be cognizable on behalf of Federal appellant as
11. incarcerated litigant disabled by dispositive prisoners
12. petition F.R.C.P. 72(b) seeking prohibition of
13. Harassment Orders in a Federal capacity Fed. Rule.
14. Civil Proc. 26(c). to be recognized as the natural
15. biological presumed and putative father of missing
16. child. State to State Corcoran SHU IV a yard 6-99)
17. 10-99 and up to date, poor 10 to 12-2005.#
18.    XIVth Amend. of U.S. const. would allow a
19. Federal custody placement with Simeon or Megans Laws
20. as a Native American Indian 42 CJS § 3 Indians
21. mixed blood. Detained in an adverse situation as a
22. material witness by video and on location in North Park
23. of Defendants Computer Baby Sitting Services and Cleaning
24. Services St. Louis Mo to Brentwood Cn.- to San Diego Ca
25. Plaintiff pending appeal 207 CV 255 Pho Jar men
26. Phoenix Dist. costs exigent need for appt. of counsel
27. due to money damages is sought over $75,000.00 for
28. injuries 28 USC 1332 (a), to obtain witnesses and
29. Counsel in defense of a Third (3) Party as an alibi

1. Incidents as Outrageous out and in custody even
2. during a family visit at Corcoran Calif wherewere a
3. Investigatory cause to be expidited on behalf of
4. juvenile child (now approx 18). Defendants No's
5. 18# and 19# illegal custodians. Grandmother and Aunt.
6. pg. (I). San Diego Cm. Flagsoth As St Louis Mo. and
7. Phoenix POA cc por personnel. Yes. w/ priors.
8. 42 usc 1983 § 3798 #
9.     Example of abuse as: Swimsuit of Kenneth
10. Mc Fashions (1st cousin to plaintiff's Seminole mother)
11. Is an Issue w/ defendants No's 8 and 10. esp.
12. 42 usc/1988 2050 #
13.     Exploitation of a minor Defendants No's 8 to
14. 29.# Abusive exposure to liabilities as supervisors
15. and familial relatives. ccpor POA c/o personnel.
16. services and injurously to enable delinquency.
17. 42 usc 1983 § 1457, 1452, 1458, 1454,
18. 1460 and 1229. Generally. Custody Investigations
19. Registrations of Abusers. Reporting Required. Statutory
20. Violation (s).
21.     Plaintiff is incarcerated for Aggravated Assault
22. and moves now to claim justification as a civil
23. M.D.O. Calif parollee at San Diego County from
24. Atascadero State Hospital Absconded In pursuit of
25. justice w/ ao from Calif State Legislature spokes-
26. person Christine Kehoe. Pending Appeal. End.
27.     rev. 2-13-2008.   James Lynn O'Brien
28.     11/23/07
29.

    (3)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn Hines

FILING FEE PAID
Yes ___  No ✓

IFP MOTION FILED
Yes ___  No ✓

COPIES SENT TO
Court ___  Pro Se ___

**DEFENDANTS**

Hagen, et al

FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn Hines
B3400, SMU II
Florence, AZ 85232
ADC# 197067

**ATTORNEYS (IF KNOWN)**

'08 CV 0555 LAB RBB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)** (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE ___ Docket Number ___

DATE  3/24/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller